George A. Schmidt, Individually and Trustee Under
the Last Will and Testament of William Schmidt,
Deceased, v. Marie Runge et al. ·
George A. Schmidt et al., Appellees, v. Wilhelmina
Gross and the Northern Trust Company, Trustee
Under the Last Will and Testament of William
Schmidt, Deceased, Appellants.

Gen. No. 41,136.

opinion filed May 13, 1941; rehearing denied June 2, 1941. Ashcraft & Ashcraft, for certain appellant; West & Eckhart, for certain other appellant; John F. Cashen, Jr. and James Conger, of counsel; Whitman, Holton & Tews, for appellees. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."